■ Nellie E. Kopec, Appellant, v Ralph Bailey et al., Respondents.—Judgment unanimously affirmed with costs for reasons stated in the decision at trial court, Scudder, J. (Appeal from judgment of Supreme Court, Yates County, Scudder, J.—RPAPL art 15.) Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.

■ Robert E. Cannon et al., Appellants, v Albert M. Putnam, Respondent.—Order unanimously affirmed without costs for reasons stated at Special Term, McGowan, J. (Appeal from order of Supreme Court, Erie County, McGowan, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.